BRIAN BOYNTON
Principal Assistant Attorney General, Civil Division
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Chief, Civil Division
ROSS M. CUFF (CBN 275093)
Chief, Civil Fraud Section
Assistant United States Attorneys
    300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
    Tel: (213) 894-7388; Fax: (213) 894-7819
    Email: ross.cuff@usdoj.gov
JAMIE A. YAVELBERG
ANDY J. MAO
ROHITH V. SRINIVAS
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 307-6604; Fax: (202) 307-3852
    E-mail: rohith.v.srinivas@usdoj.gov
Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
6/16/23
CENTRAL DISTRICT OF CALIFORNIA
BY: ___eva___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* **[UNDER SEAL]**,<br><br>    Plaintiff[s],<br><br>v.<br><br>**[UNDER SEAL]**,<br><br>    Defendant[s]. | No. CV 15-6177 JVS (JEMx)<br><br>UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND TO DECLINE INTERVENTION OTHERWISE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)]**<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

BRIAN BOYNTON
Principal Assistant Attorney General, Civil Division
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Chief, Civil Division
ROSS M. CUFF (CBN 275093)
Chief, Civil Fraud Section
Assistant United States Attorneys
    300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
    Tele: (213) 894-7388; Fax: (213) 894-7819
    Email: ross.cuff@usdoj.gov
JAMIE A. YAVELBERG
ANDY J. MAO
ROHITH V. SRINIVAS
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 307-6604; Fax: (202) 307-3852
    E-mail: rohith.v.srinivas@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* NEYIRYS OROZCO,<br><br>Plaintiff,<br><br>v.<br><br>SHLOMO RECHNITZ, JONATHAN WEISS; RIVERSIDE HEALTHCARE & WELLNESS CENTRE, LLC; ALTA VISTA HEALTHCARE WELLNESS CENTRE, LLC; ALTA VISTA HEALTHCARE & WELLNESS CENTRE; CITRUS WELLNESS CENTRE, LLC; RECHNITZ CITRUS, GP; BRIUS MANAGEMENT CO., INC.; BRIUS LLC; SOL MANAGEMENT, LLC; DOES 1-100; ROCKPORT HEALTHCARE SERVICES; GAMAL GHALY; JOEL PENGSON; and GHASAN TABEL, TWIN MED LLC,<br><br>Defendants. | No. CV 15-6177 JVS (JEMx)<br><br>UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND TO DECLINE INTERVENTION OTHERWISE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)]**<br><br>[FILED/LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

|   |   |
|---|---|
| 1 | The United States and California have entered into a settlement agreement |
| 2 | resolving certain allegations in this case with defendants Alta Vista Healthcare Wellness |
| 3 | Centre, LLC ("Alta Vista") and Rockport Healthcare Services ("Rockport," and, together |
| 4 | with Alta Vista, the "Settling Defendants"), and Relator Neyirys Orozco.  Specifically, |
| 5 | as set forth therein, the settlement agreement resolves allegations against the Settling |
| 6 | Defendants that, from January 2009 through December 2019, they willfully paid, |
| 7 | directly or indirectly, remuneration to Drs. Gamal Ghaly, Joel Pengson, and Ghasan |
| 8 | Tabel with the intent to induce those physicians to refer Federal or California health care |
| 9 | program beneficiaries to Alta Vista, or to arrange for or recommend Alta Vista in |
| 10 | violation of the Anti-Kickback Statute, 42 U.S.C. § 1320a-7b, resulting in the |
| 11 | submission of false claims to the Medicare and Medicaid programs (the "Covered |
| 12 | Conduct"). |
| 13 | Pursuant to the False Claims Act (the "FCA"), 31 U.S.C. § 3730(b)(2) and (4), the |
| 14 | United States hereby notifies the Court of its decision, and the decision of California, |
| 15 | (1) to intervene in this action against the Settling Defendants for purposes of settlement |
| 16 | with respect to the Covered Conduct, and (2) to decline intervention otherwise. |
| 17 | Upon the Settling Defendants' initial payments under the settlement agreement to |
| 18 | the United States (which is required and expected to occur on June 18, 2023), and to |
| 19 | Relator (to settle Relator's claim for reasonable expenses and attorney's fees and costs, |
| 20 | and Relator's retaliation claim, which is required and expected to occur by July 12, |
| 21 | 2023), the United States, California, and Relator will promptly file a joint stipulation of |
| 22 | partial dismissal under Federal Rule of Civil Procedure 41(a)(1) concerning the Covered |
| 23 | Conduct.  Under 31 U.S.C. § 3730(b)(4)(B), Relator has the right to pursue litigation |
| 24 | concerning the claims, allegations, and defendants as to which the government has |
| 25 | declined intervention. |
| 26 | The United States respectfully requests that Relator's *qui tam* complaint |
| 27 | (including amended versions thereof), this Notice, and the attached proposed Order be |
| 28 | immediately unsealed, and that all matters subsequently filed in this action not be filed |

under seal, subject to the Court's leave.  The United States further requests that all other papers previously filed in this action remain sealed.  Those documents discuss the context and extent of the United States' investigation, and the applications for extensions of the seal and intervention deadline were provided by law to the Court alone for the sole purpose of evaluating requests to extend that deadline.  California and Relator consent to this requested relief.

Dated:  June 15, 2023

Respectfully submitted,

BRIAN BOYNTON
Principal Assistant Attorney General, Civil Division
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Chief, Civil Division
ROSS M. CUFF
Chief, Civil Fraud Section

JAMIE YAVELBERG
ANDY J. MAO
ROHITH V. SRINIVAS
Attorneys, Civil Division
United States Department of Justice


/s/ Rohith V. Srinivas
Senior Trial Counsel

Attorneys for the United States of America

<u>PROOF OF SERVICE BY EMAIL</u>

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On June 16, 2023, I served UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART AND TO DECLINE INTERVENTION OTHERWISE on each person or entity named below by email.

Date of emailing: June 16, 2023. Place of emailing: Palm Springs, California.

Person(s) and/or Entity(s) to whom emailed:

R. SCOTT OSWALD
(SOswald@employmentlawgroup.com)
JANEL QUINN
(Jquinn@employmentlawgroup.com)
THE EMPLOYMENT LAW GROUP

Attorneys for *Qui Tam* Plaintiff Neyiris Orozco

RANDAL GLASER
(Randy.Glaser@doj.ca.gov)
DEPUTY ATTORNEY GENERAL
CALIFORNIA DEPARTMENT OF JUSTICE

Attorneys for the State of California

I declare that I am a member of the bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2023, at Palm Springs, California.

/s/ Ross M. Cuff
ROSS M. CUFF