J. Bernard Alexander III (State Bar No. 128307)
ALEXANDER MORRISON + FEHR LLP
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
(310) 394-0888
balexander@amfllp.com

R. Scott Oswald (admitted *pro hac vice*)
The Employment Law Group, P.C.
1717 K. St. NW, Suite 1110
Washington, DC 20006
Tel: (202) 261-2806
Fax: (202) 261-2835
Email: soswald@employmentlawgroup.com

Counsel for Plaintiff-Relator

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* NEYIRYS OROZCO,<br><br>Plaintiffs,<br><br>v.<br><br>SHLOMO RECHNITZ, JONATHAN WEISS; RIVERSIDE HEALTHCARE & WELLNESS CENTRE, LLC; ALTA VISTA HEALTHCARE WELLNESS CENTRE, LLC; ALTA VISTA HEALTHCARE & WELLNESS CENTRE; CITRUS WELLNESS CENTRE, LLC; RECHNITZ CITRUS, GP; BRIUS MANAGEMENT CO., INC.; BRIUS LLC; SOL MANAGEMENT, LLC; DOES 1-100; ROCKPORT HEALTHCARE SERVICES; GAMAL GHALY; JOEL PENGSON; and GHASAN TABEL, TWIN MED LLC.,<br><br>Defendants. | No. CV 15-6177 JVS (JEMx)<br><br>RELATOR'S REQUEST FOR DISMISSAL OF ACTION AGAINST CERTAIN DEFENDANTS AND UNITED STATES' AND STATE OF CALIFORNIA'S CONSENT<br><br>[LODGED CONCURRENTLY HEREWITH:  [PROPOSED] ORDER] |

## RELATOR'S REQUEST FOR DISMISSAL OF ACTION AGAINST CERTAIN DEFENDANTS AND UNITED STATES' AND STATE OF CALIFORNIA'S CONSENT

Pursuant to Rule 41(a)(1), Relator hereby requests that the claims against defendants Gamal Ghaly, Joel Pengson, and Ghasan Tabel be dismissed without prejudice as to the Relator and without prejudice as to the United States and State of California. In conjunction with the Court's August 7 Order, *see* ECF No. 98, such dismissal would close this case. In the interests of justice, the United States and State of California consent to such dismissal without prejudice.

Respectfully submitted,

Dated: September 8, 2023

R. SCOTT OSWALD, ESQ.
The Employment Law Group, P.C.

/s/ *R. Scott Oswald*
_____
R. SCOTT OSWALD, ESQ. (admitted *pro hac vice*)
The Employment Law Group, P.C.
1717 K Street, N.W., Suite 1110
Washington, D.C. 20006
Telephone: (202) 261-2813
soswald@employmentlawgroup.com

J. Bernard Alexander III (State Bar No. 128307)
ALEXANDER MORRISON + FEHR LLP
1900 Avenue of the Stars, Suite 900
Los Angeles, California 90067
(310) 394-0888
balexander@amfllp.com

Attorneys for Relator Neyirys Orozco

| | |
|---|---|
| Dated: September 8, 2023 | BRIAN BOYNTON<br>Principal Assistant Attorney General, Civil Division<br>E. MARTIN ESTRADA<br>United States Attorney<br>DAVID M. HARRIS<br>Chief, Civil Division<br>ROSS M. CUFF<br>Chief, Civil Fraud Section<br><br>JAMIE YAVELBERG<br>ANDY J. MAO<br>ROHITH V. SRINIVAS<br>Attorneys, Civil Division<br>United States Department of Justice<br><br>/s/ *Rohith V. Srinivas*<br>―――――――――――――――――<br>ROHITH V. SRINIVAS<br>Senior Trial Counsel |
| Dated: September 8, 2023 | RANDY GLASER<br>Deputy Attorney General<br>California Department of Justice<br><br><br>/s/ *Randy Glaser*<br>―――――――――――――――――<br>RANDY GLASER<br>Deputy Attorney General<br><br>Attorney for the State of California |

Attestation

I hereby attest that the other signatory listed, on whose behalf this document is submitted, concurs in its content and has authorized its filing.

Dated: September 8, 2023

/s/ *R. Scott Oswald*

R. Scott Oswald

Attorney for Relator Nevirvs Orozco