**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA *ex rel.* NEYIRYS OROZCO,<br><br>Plaintiffs,<br><br>v.<br><br>SHLOMO RECHNITZ, JONATHAN WEISS; RIVERSIDE HEALTHCARE & WELLNESS CENTRE, LLC; ALTA VISTA HEALTHCARE WELLNESS CENTRE, LLC; ALTA VISTA HEALTHCARE & WELLNESS CENTRE; CITRUS WELLNESS CENTRE, LLC; RECHNITZ CITRUS, GP; BRIUS MANAGEMENT CO., INC.; BRIUS LLC; SOL MANAGEMENT, LLC; DOES 1-100; ROCKPORT HEALTHCARE SERVICES; GAMAL GHALY; JOEL PENGSON; and GHASAN TABEL, TWIN MED LLC.,<br><br>Defendants. | No. CV 15-6177 JVS (JEMx)<br><br>ORDER [99]<br><br>[LODGED CONCURRENTLY HEREWITH: RELATOR'S REQUEST FOR DISMISSAL OF ACTION AGAINST CERTAIN DEFENDANTS AND UNITED STATES' AND STATE OF CALIFORNIA'S CONSENT] |

## **Order**

The Relator having requested this case be dismissed without prejudice as to defendants Gamal Ghaly, Joel Pengson, and Ghasan Tabel pursuant to Rule 41(a)(1) and United States of America and the State of California (collectively "the Governments")

having consented to such a dismissal without prejudice, the Court now orders as follows:

IT IS HEREBY ORDERED as follows:

1. With respect to defendants Gamal Ghaly, Joel Pengson, and Ghasan Tabel, the action is dismissed without prejudice as to the Relator and without prejudice as to the Governments.

2. This Court having previously (a) dismissed the claims against Alta Vista Healthcare Wellness Centre, LLC and Rockport Healthcare Services (collectively "Settling Defendants") as to the Covered Conduct as defined in the Settlement Agreement dated June 12, 2023 with prejudice, (b) dismissed the claims against the Settling Defendants with respect to conduct that is outside the Covered Conduct as defined in the Settlement Agreement with prejudice as to the Relator and without prejudice as to the Governments, subject to the terms of the Settlement Agreement, and (c) dismissed the claims against Shlomo Rechnitz, Jonathan Weiss, Citrus Wellness Center, LLC, Brius Management Co., Inc., SOL Management LLC, Twin Med, LLC, Steven Stroll, Tamar Rechnitz, and Steven Rechnitz, with prejudice as to the Relator and without prejudice as to the Governments, all claims have now been dismissed and this case shall be closed.

Dated: September 11, 2023

_____
UNITED STATES DISTRICT JUDGE